IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RONALD AARON MINK, | CV 20-05-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| vs. | |
| YELLOWSTONE COUNTY DETENTION FACILITY, *et al.*, | |
| Defendants. | |

The Court having been notified of developments in the settlement of this case that will require further delay (Doc. 60),

IT IS HEREBY ORDERED that the parties shall file a stipulation to dismiss together with a proposed order dismissing the case or, in the alternative, a status report notifying the Court of the parties' progress by **August 13, 2021**.

DATED this 29th day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge