## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| RONALD AARON MINK, | CV 20-05-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| YELLOWSTONE COUNTY DETENTION FACILITY, CORRECTIONAL HEALTH PARTNERS, Y. CHRET LPN, and LT. METZGER, | |
| Defendants. | |

Upon Stipulation of Dismissal (Doc. 64) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _24th_ day of August, 2021.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1